```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL                                    JS-6
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2931
 9       Facsimile: (213) 894-7177
         E-mail: Monica.Tait@usdoj.gov
10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 07-7283 VBF (FFMx) |
|      Plaintiff, ) | ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
|      v. ) | |
| REAL PROPERTY LOCATED IN POMONA, CALIFORNIA (PARTIDA), ) | [CASE DISPOSITIVE] |
|      Defendant. ) | |
| PEDRO PARTIDA, MARIA RODRIGIUEZ, OMNI BANK, N.A., and JP MORGAN CHASE BANK, AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC AS RECEIVER, ) | |
|      Claimants. ) | |

The Court having reviewed the accompanying stipulation between plaintiff United States of America and claimants JP Morgan Chase Bank, an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC as receiver ("Chase"),

1 and Omni Bank, N.A. ("Omni"), and having reviewed the prior
2 "STIPULATION BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND
3 CLAIMANTS PEDRO PARTIDA AND MARIA RODRIGUEZ FOR DISMISSAL OF
4 CLAIMS OF THE UNITED STATES IN THIS ACTION" filed in this case,
5 IT IS HEREBY ORDERED as follows:

6     1.   Pursuant to the plea agreement between the United
7 States and Pedro Partida in the matter <u>United States v. Pedro
8 Partida, et al.</u>, 07-877 VBF, Partida agreed to forfeit certain
9 assets in the related civil forfeiture matter entitled <u>United
10 States v. Vehicles Seized from Brooklyn Auto Sales Business
11 Locations</u>, 08-00025 VBF (FFMx), and the government agreed that it
12 would cease all efforts to forfeit the defendant in this action,
13 a real property located in Pomona, California.  The United States
14 has since disclaimed any intent to forfeit the defendant property
15 as prayed in its Complaint.

16     2.   Claimants Chase and Omni are the sole additional
17 claimants to the defendant property.  These claimants, as well as
18 Pedro Partida and Maria Rodriguez (in connection with the
19 earlier-filed stipulation), have stipulated and agreed to the
20 dismissal of this case.

21     3.   Accordingly, this action is hereby dismissed.  All of
22 the stipulating parties shall execute all documentation necessary
23 to carry out their agreements.  Plaintiff and all claimants have
24 waived any right to appeal this order.  This Order constitutes a
25 certificate of reasonable cause pursuant to 28 U.S.C.
26 § 2465(a)(2) as to the defendant property.

27     4.   Each party shall bear its own costs of litigation and
28 attorney's fees in this action.

         5.   There being no just reason for delay, the clerk is hereby directed to enter this order dismissing this case.

**IT IS SO ORDERED.**

DATED: August 11, 2009      _____
                             THE HONORABLE VALERIE BAKER FAIRBANK
                             United States District Judge

3